UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>ALBERT ALANIZ BARRIENTES,<br><br>　　　　　　　Defendant. | Case No. CR25-66-KKE<br><br>DETENTION ORDER |

Defendant Albert Alaniz Barrientes is charged with unlawful possession of a firearm, 18 U.S.C. § 922(g)(1). The Court held a detention hearing on April 28, 2025, pursuant to 18 U.S.C. § 3142(f)(1), and based upon the reasons for detention stated in the record and as hereafter set forth below, finds:

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1. The government is entitled to a detention hearing pursuant to 18 U.S.C. § 3142(f)(1), as Mr. Barrientes is charged with use of a weapon.

2. Mr. Barrientes stipulated to detention.

3. Mr. Barrientes was not interviewed by Pretrial Services. Therefore, there is limited information available about him.

DETENTION ORDER - 1

4. Mr. Barrientes is in custody on a supervised release violation. Based on these findings, and for the reasons stated on the record, there does not appear to be any condition or combination of conditions that will reasonably assure Mr. Barrientes's appearance at future court hearings while addressing the danger to other persons or the community.

IT IS THEREFORE ORDERED:

(1) Mr. Barrientes shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Mr. Barrientes shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Mr. Barrientes is confined shall deliver Mr. Barrientes to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this Order to counsel for the United States, to counsel for Mr. Barrientes, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 29th day of April, 2025.

MICHELLE L. PETERSON
United States Magistrate Judge

DETENTION ORDER - 2